**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isauro MORAN–GUILLERMO, a.k.a.**
**Isauro Moran–Guilermo,**
**Defendant–Appellant.**

**No. 13–10512.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2014.*

Filed July 10, 2014.

Gordon Davenport, III, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Henry L. Jacobs, Law Offices of Henry Jacobs, Tucson, AZ, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Isauro Moran–Guillermo appeals from the district court's judgment and challenges his guilty-plea conviction and 46–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Moran–Guillermo's counsel has filed a

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**770**

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Moran–Guillermo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Moran–Guillermo has waived his right to appeal his reentry of a removed alien conviction and 46–month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.